[No. 32297-1-III. Division Three. December 9, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD R. JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00777-4, Kathryn J. Nelson, J., entered October 19, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 44324-4-II. Division Two. December 10, 2014.]

ABBIGAIL GUTIERREZ ET AL., *Respondents*, v. OLYMPIA SCHOOL DISTRICT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-2-00887-5, Lisa L. Sutton, J., entered November 30, 2012. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Hunt, J. Pro Tem.; Lee, J., dissenting.

[No. 31964-4-III. Division Three. December 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERTO CARDENAS-PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-1-00683-0, Salvatore F. Cozza, J., entered September 4, 2013. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Korsmo, J.

[No. 70034-1-I. Division One. December 15, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM BRUCE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04485-2, Timothy A. Bradshaw, J., entered March 5, 2013. *Reversed* by unpublished opinion per Cox, J., concurred in by Verellen, A.C.J., and Becker, J.